NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CARL BROWN,                          )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-1176
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed September 27, 2019.

Appeal from the Circuit Court for
Manatee County; Charles Sniffen,
Judge.

Howard L. Dimmig, II, Public
Defender, and Matthew D. Bernstein,
Assistant Public Defender, Bartow, for
Appellant.


PER CURIAM.


            Affirmed.


CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.